EDINBURG-LOMBARD INVESTMENT COMPANY, LIMITED, Appellant, v. EDWIN J. BUSH, *et al.*, Appellees.

Appeal: WAIVER: ACCEPTANCE OF PAYMENT OF JUDGMENT.

*Appeal from Union District Court.*—HON. J. W. HARVEY, Judge.

MONDAY, JANUARY 25, 1892.

ACTION on a note and for the foreclosure of a mortgage. There was a judgment and decree of foreclosure for the plaintiff, but denying to it the possession of and rents accruing from certain real estate prior to the expiration of the period for redemption, and awarding the same to defendant S. E. Rex. From the part of the judgment awarding the possession and rents of the real estate to S. E. Rex the plaintiff appealed.—*Dismissed.*

*D. H. Ettien*, for appellant.

*McDiil & Sullivan*, for appellees.

GRANGER, J.—This case, as to all essential facts, is precisely like that of *Lombard v. Bush, ante p.* —, and is controlled by the same rules of law. The appeal is therefore DISMISSED.